# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nagle, Margaret A. | Central District of California | 08/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge/FT | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
255 E. Temple St., Room 570
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Akin, Gump, Strauss, Hauer & Feld LLP - Partnership Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on Rental Property, Los Angeles, CA | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property -- Los Angeles, CA | E | Rent | P1 | R | | | | | |
| 2. Timesquare Capital Mgmt. Russell Midcap Growth Index | | None | O | T | | | | | |
| 3. Atlanta Capital Mgmt. Russell 2000 Index - Retirement Acct. | | None | P1 | T | | | | | |
| 4. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 5. Neuberger Berman Genesis Fund-Inst. Class - Retirement Acct. | | None | P1 | T | | | | | |
| 6. American Funds Euro-Pacific Growth Fund - Retirement Acct. | | None | O | T | | | | | |
| 7. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 8. Trustee Directed Fund - Retirement Acct. | | None | | | Sold | 03/31/12 | N | | |
| 9. Dir Multi Asset Moderate | | None | N | T | Buy | 03/31/12 | N | | |
| 10. KEELEY SM CAP VALUE FUND | | None | | | Sold | 06/30/12 | M | | |
| 11. Calamos Growth Fund - Retirement Acct. | | None | | | Buy | 06/30/12 | N | | |
| 12. " " " " | | | | | Sold | 09/30/12 | O | | |
| 13. TOUCHSTONE SANDS INSTL GROWTH | | None | O | T | Buy | 09/30/12 | O | | |
| 14. OPPENHIEMER SMALL AND MID CAP | | None | M | T | Buy | 09/30/12 | M | | |
| 15. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 16. Wells Fargo Private Banking Money Market Checking Acct. | A | Dividend | M | T | | | | | |
| 17. Chase Checking Acct. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chase Savings Acct. | A | Interest | J | T | | | | | |
| 19. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 20. MUTUAL FD SER TR CTLYS/CP EQY A | A | Dividend | N | T | Buy | 01/03/12 | K | | |
| 21. " " " " | | | | | Buy | 01/20/12 | J | | |
| 22. " " " " | | | | | Buy | 12/18/12 | J | | |
| 23. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 24. Schwab Advisor Cash Reserves Premier | | None | J | T | | | | | |
| 25. Lauder Estee Cos Inc | A | Dividend | | | Sold | 05/15/12 | K | D | |
| 26. Public Storage Inc. | A | Dividend | | | Sold | 03/13/12 | K | D | |
| 27. Progress Energy Inc. | A | Dividend | | | Sold | 04/17/12 | J | B | |
| 28. KINDER MORGAN INC.* | A | Dividend | J | T | | | | | |
| 29. AUTOMATIC DATA PROCESSING IN | A | Dividend | | | Sold | 04/03/12 | K | B | |
| 30. CHEVRON CORP | A | Dividend | | | Sold | 04/17/12 | K | | |
| 31. HERSHEY FOODS CORP | A | Dividend | K | T | | | | | |
| 32. MAKO SURGICAL CORP | | None | | | Sold | 05/15/12 | J | | |
| 33. McKESSON CORP | A | Dividend | | | Sold | 01/24/12 | K | | |
| 34. TRANSCANADA CORP | A | Dividend | | | Sold | 07/10/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITED HEALTH GROUP INC | A | Dividend | | | Sold | 07/17/12 | K | B | |
| 36. SENSIENT TECHNOLOGIES CORP | A | Dividend | | | Sold | 03/06/12 | J | | |
| 37. HEINZ H J CO | A | Dividend | K | T | | | | | |
| 38. CABOT OIL AND GAS CORP | A | Dividend | | | Sold | 01/24/12 | K | | |
| 39. BT GROUP PLC | A | Dividend | | | Sold | 08/28/12 | J | A | |
| 40. NORFOLK SOUTHERN CORP | A | Dividend | | | Sold | 02/22/12 | K | A | |
| 41. VISA INC | A | Dividend | K | T | | | | | |
| 42. JOHNSON AND JOHNSON | A | Dividend | | | Sold | 02/28/12 | K | B | |
| 43. NORDSTROM INC | A | Dividend | | | Sold | 10/09/12 | K | C | |
| 44. NUANCE COMMUNICATIONS INC | | None | | | Sold | 04/24/12 | K | | |
| 45. EQT CORP | | None | | | Sold | 01/18/12 | K | | |
| 46. RED HAT INC | | None | | | Sold | 01/04/12 | K | | |
| 47. LKQ CORP | | None | K | T | | | | | |
| 48. WOODWARD INC | A | Dividend | | | Buy | 01/18/12 | K | | |
| 49. " " " " | | | | | Sold | 07/17/12 | J | | |
| 50. CORN PRODUCTS INTL INC** | A | Dividend | | | Buy | 01/24/12 | J | | |
| 51. INGREDION INC** | | None | | | Sold | 06/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PALL CORP | A | Dividend | | | Buy | 02/28/12 | J | | |
| 53. " " " " | | | | | Buy | 03/06/12 | J | | |
| 54. " " " " | | | | | Sold | 06/26/12 | K | | |
| 55. TERADATA CORP | | None | | | Buy | 03/13/12 | J | | |
| 56. " " " " | | | | | Sold | 11/06/12 | J | | |
| 57. LIZ CLAIBORNE INC*** | | None | | | Buy | 04/17/12 | J | | |
| 58. FIFTH & PACIFIC COS INC*** | | None | | | Sold | 10/09/12 | J | | |
| 59. BEAM INC | A | Dividend | | | Buy | 05/15/12 | J | | |
| 60. " " " " | | | | | Buy | 06/12/12 | J | | |
| 61. " " " " | | | | | Sold | 10/23/12 | K | | |
| 62. HOME DEPOT INC | A | Dividend | K | T | Buy | 01/04/12 | K | | |
| 63. AMGEN INC | A | Dividend | K | T | Buy | 01/24/12 | J | | |
| 64. " " " " | | | | | Buy | 03/13/12 | J | | |
| 65. ECOLAB INC | A | Dividend | K | T | Buy | 01/24/12 | K | | |
| 66. LENNAR CORP | A | Dividend | K | T | Buy | 02/22/12 | K | | |
| 67. FAIR ISAAC CORP | A | Dividend | J | T | Buy | 02/28/12 | J | | |
| 68. EQUINIX INC | | None | K | T | Buy | 04/03/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIME WARNER CABLE | A | Dividend | K | T | Buy | 04/17/12 | K | | |
| 70. PVH CORP | A | Dividend | K | T | Buy | 04/24/12 | K | | |
| 71. PPG INDUSTRIES INC | A | Dividend | K | T | Buy | 05/15/12 | K | | |
| 72. TRAVELERS COMPANIES INC | A | Dividend | K | T | Buy | 06/26/12 | K | | |
| 73. RAYTHEON CO | A | Dividend | K | T | Buy | 07/10/12 | K | | |
| 74. DISNEY WALT CO | A | Dividend | K | T | Buy | 07/17/12 | K | | |
| 75. WATSON PHARMACEUTICALS INC | | None | K | T | Buy | 07/17/12 | K | | |
| 76. AUTONATION INC | | None | J | T | Buy | 10/09/12 | J | | |
| 77. PULTE HOMES INC | | None | J | T | Buy | 10/09/12 | J | | |
| 78. NEUSTAR INC | | None | J | T | Buy | 10/09/12 | J | | |
| 79. GENCORP INC | | None | J | T | Buy | 10/09/12 | J | | |
| 80. TIME WARNER INC | A | Dividend | K | T | Buy | 10/23/12 | K | | |
| 81. CONAGRA FOODS INC | | None | J | T | Buy | 11/06/12 | J | | |
| 82. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 83. Schwab CA Municipal Money Fund | | None | M | T | | | | | |
| 84. Dollar Tree, Inc. | | None | M | T | | | | | |
| 85. Heinz H J Co. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Public Storage Inc. | B | Dividend | | | Sold | 03/13/12 | M | F | |
| 87. Southern Co. | D | Dividend | | | Sold | 09/18/12 | M | E | |
| 88. Progress Energy Inc. | C | Dividend | | | Sold | 04/17/12 | M | E | |
| 89. CHEVRON CORP | B | Dividend | | | Sold | 04/17/12 | M | | |
| 90. GOLAR LNG LTD | B | Dividend | | | Sold | 03/27/12 | M | F | |
| 91. MAKO SURGICAL CORP | | None | | | Sold | 05/15/12 | L | | |
| 92. McKESSON CORP | A | Dividend | | | Sold | 01/24/12 | M | | |
| 93. TRANSCANADA CORP | C | Dividend | | | Sold | 07/10/12 | M | | |
| 94. UNITEDHEALTH GROUP INC | B | Dividend | | | Sold | 07/17/12 | M | D | |
| 95. SENSIENT TECHNOLOGIES CORP | A | Dividend | | | Sold | 03/06/12 | L | | |
| 96. TRIUMPH GROUP INC NEW | A | Dividend | | | Sold | 09/05/12 | M | E | |
| 97. CABOT OIL AND GAS CORP | A | Dividend | | | Sold | 01/24/12 | M | | |
| 98. GENESCO INC | | None | | | Sold | 09/18/12 | M | E | |
| 99. VMWARE INC | | None | | | Sold | 01/04/12 | L | | |
| 100. VISA INC | B | Dividend | N | T | | | | | |
| 101. JOHNSON AND JOHNSON | B | Dividend | | | Sold | 02/28/12 | M | D | |
| 102. PRECISION CASTPARTS | A | Dividend | | | Sold | 07/31/12 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 10 of 19

Name of Person Reporting

Nagle, Margaret A.

Date of Report

08/13/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NUANCE COMMUNICATIONS INC | | None | | | Sold | 04/24/12 | M | | |
| 104. RED HAT INC | | None | | | Sold | 01/04/12 | M | | |
| 105. AIRGAS INC | B | Dividend | | | Sold | 10/23/12 | M | D | |
| 106. HOME DEPOT | D | Dividend | N | T | | | | | |
| 107. OMNICARE INC | A | Dividend | | | Buy | 01/04/12 | L | | |
| 108. " " " " | | | | | Sold | 06/05/12 | L | | |
| 109. WOODWARD INC | A | Dividend | | | Buy | 01/24/12 | M | | |
| 110. " " " " | | | | | Sold | 07/17/12 | M | | |
| 111. PALL CORP | A | Dividend | | | Buy | 02/28/12 | L | | |
| 112. " " " " | | | | | Buy | 03/06/12 | L | | |
| 113. " " " | | | | | Sold | 06/26/12 | M | | |
| 114. LIZ CLAIBORNE INC*** | | None | | | Buy | 04/17/12 | L | | |
| 115. " " " "*** | | | | | Buy | 05/01/12 | K | | |
| 116. FIFTH & PACIFIC COS INC*** | | None | | | Buy | 05/22/12 | K | | |
| 117. " " " "*** | | | | | Sold | 10/08/12 | M | | |
| 118. UNITED PARCEL SERVICE CLASS B | A | Dividend | | | Buy | 07/17/12 | M | | |
| 119. " " " " | | | | | Sold | 09/11/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ISIS PHARMACEUTICLAS INC | | None | | | Buy | 09/05/12 | M | | |
| 121.  " " " " | | | | | Sold | 10/23/12 | L | | |
| 122.  TERADATA CORP | | None | | | Buy | 04/17/12 | M | | |
| 123.  " " " " | | | | | Sold | 11/06/12 | M | | |
| 124.  ABBOTT LABORATORIES | C | Dividend | M | T | Buy | 01/04/12 | M | | |
| 125.  ECOLAB INC | B | Dividend | M | T | Buy | 01/24/12 | M | | |
| 126.  " " " " | | | | | Buy | 03/27/12 | K | | |
| 127.  FAIR ISAAC INC | A | Dividend | L | T | Buy | 02/28/12 | L | | |
| 128.  LENNAR CORP | A | Dividend | M | T | Buy | 03/13/12 | M | | |
| 129.  EQUINIX CORP | | None | N | T | Buy | 03/27/12 | M | | |
| 130.  PVH CORP | A | Dividend | M | T | Buy | 04/24/12 | M | | |
| 131.  PPG INDUSTRIES INC | B | Dividend | M | T | Buy | 06/05/12 | M | | |
| 132.  " " " " | | | | | Buy | 10/23/12 | K | | |
| 133.  TRAVELERS COMPANIES INC | B | Dividend | M | T | Buy | 06/26/12 | M | | |
| 134.  DISNEY WALT CO | B | Dividend | M | T | Buy | 07/10/12 | M | | |
| 135.  WATSON PHARMACEUTICALS INC | | None | M | T | Buy | 07/17/12 | M | | |
| 136.  AMERICAN EAGLE OUTFITTERS NE | D | Dividend | M | T | Buy | 07/31/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  CENTURYTEL INC | B | Dividend | M | T | Buy | 09/11/12 | M | | |
| 138.  ASHLAND INC | A | Dividend | M | T | Buy | 09/18/12 | M | | |
| 139.  AMAZON COM INC | | None | M | T | Buy | 09/18/12 | M | | |
| 140.  GENCORP INC | | None | L | T | Buy | 10/09/12 | L | | |
| 141.  PULTE HOMES INC | | None | M | T | Buy | 10/09/12 | L | | |
| 142.  TIME WARNER INC | B | Dividend | M | T | Buy | 10/23/12 | M | | |
| 143.  CONAGRA FOODS INC | | None | M | T | Buy | 11/06/12 | M | | |
| 144.  INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 145.  Schwab Advisor Cash Reserves Premier | | None | J | T | | | | | |
| 146.  Lauder Estee Cos. Inc. | | None | | | Sold | 05/15/12 | L | F | |
| 147.  Heinz H J Co. | C | Dividend | L | T | | | | | |
| 148.  Public Storage Inc. | A | Dividend | | | Sold | 03/13/12 | L | E | |
| 149.  Southern Co. | B | Dividend | | | Sold | 09/18/12 | L | D | |
| 150.  Progress Energy Inc. | A | Dividend | | | Sold | 04/17/12 | L | D | |
| 151.  AUTOMATIC DATA PROCESSING IN | A | Dividend | | | Sold | 04/03/12 | L | D | |
| 152.  HERSHEY FOODS CORP | B | Dividend | L | T | | | | | |
| 153.  CARDINAL HEALTH INC | A | Dividend | | | Sold | 02/22/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. McKESSON CORP | A | Dividend | | | Sold | 01/24/12 | L | | |
| 155. TRANSCANADA CORP | B | Dividend | | | Sold | 07/10/12 | K | | |
| 156. KINDER MORGAN INC* | A | Dividend | K | T | | | | | |
| 157. CABOT OIL AND GAS CORP | A | Dividend | | | Sold | 01/24/12 | L | | |
| 158. GENESCO INC | | None | | | Sold | 09/18/12 | K | D | |
| 159. BT GROUP PLC | B | Dividend | | | Sold | 08/28/12 | K | C | |
| 160. NORFOLK SOUTHERN CORP | A | Dividend | | | Sold | 02/22/12 | K | A | |
| 161. PAPA JOHNS INTL INC | | None | K | T | | | | | |
| 162. VISA INC | A | Dividend | M | T | | | | | |
| 163. JOHNSON AND JOHNSON | A | Dividend | | | Sold | 02/28/12 | L | C | |
| 164. NORDSTROM INC | A | Dividend | | | Sold | 10/09/12 | L | D | |
| 165. EQT CORP | | None | | | Sold | 01/18/12 | K | | |
| 166. NUANCE COMMUNICATIONS INC | | None | | | Sold | 04/24/12 | K | | |
| 167. RED HAT INC | | None | | | Sold | 01/04/12 | L | | |
| 168. WOODWARD INC | A | Dividend | | | Buy | 01/24/12 | L | | |
| 169. " " " " | | | | | Sold | 07/17/12 | K | | |
| 170. CORN PRODUCTS INTL INC** | A | Dividend | | | Buy | 01/24/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. " " " "** | | | | | Buy | 02/22/12 | K | | |
| 172. " " " "** | | | | | Buy | 04/10/12 | J | | |
| 173. INGREDION INC** | | None | | | Sold | 06/26/12 | K | | |
| 174. PALL CORP | A | Dividend | | | Buy | 02/28/12 | K | | |
| 175. " " " " | | | | | Sold | 06/26/12 | K | | |
| 176. LOWES COMPANIES INC | A | Dividend | | | Buy | 03/13/12 | L | | |
| 177. " " " " | | | | | Sold | 07/24/12 | L | | |
| 178. LIZ CLAIBORNE INC*** | | None | | | Buy | 04/17/12 | K | | |
| 179. FIFTH & PACIFIC COS INC*** | | None | | | Sold | 10/09/12 | K | | |
| 180. ASHLAND INC | A | Dividend | K | T | Buy | 09/18/12 | K | | |
| 181. " " " " | | | | | Sold (part) | 12/11/12 | J | A | |
| 182. AUTONATION INC | | None | | | Buy | 10/09/12 | K | | |
| 183. " " " " | | | | | Sold | 12/11/12 | K | | |
| 184. HOME DEPOT INC | B | Dividend | L | T | Buy | 01/04/12 | K | | |
| 185. ECOLAB INC | A | Dividend | L | T | Buy | 01/24/12 | L | | |
| 186. LENNAR CORP | A | Dividend | M | T | Buy | 02/22/12 | L | | |
| 187. FAIR ISAAC CORP | A | Dividend | K | T | Buy | 02/28/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. EQUINIX INC | | None | L | T | Buy | 04/03/12 | L | | |
| 189. PVH CORP | A | Dividend | L | T | Buy | 04/24/12 | L | | |
| 190. AMGEN INC | A | Dividend | L | T | Buy | 05/15/12 | K | | |
| 191. " " " " | | | | | Buy | 06/12/12 | K | | |
| 192. PPG INDUSTRIES INC | A | Dividend | L | T | Buy | 05/15/12 | L | | |
| 193. TRAVELERS COMPANIES INC | A | Dividend | L | T | Buy | 06/26/12 | L | | |
| 194. RAYTHEON CO | A | Dividend | L | T | Buy | 07/10/12 | L | | |
| 195. WATSON PHARMACEUTICALS INC | | None | L | T | Buy | 07/17/12 | K | | |
| 196. DISNEY WALT CO | A | Dividend | L | T | Buy | 07/24/12 | K | | |
| 197. CENTURYTEL INC | A | Dividend | K | T | Buy | 09/11/12 | K | | |
| 198. AMAZON COM INC | | None | L | T | Buy | 09/18/12 | L | | |
| 199. NEUSTAR INC | | None | K | T | Buy | 10/09/12 | K | | |
| 200. PULTE HOMES INC | | None | K | T | Buy | 10/09/12 | K | | |
| 201. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 202. Golden State Scholarship CA International Index Fund | | None | | | Distributed | 01/09/12 | J | | |
| 203. Golden State Scholarshare CA 100% Equity Fund | | None | | | Distributed | 01/09/12 | J | | |
| 204. Berkshire Hathaway CL B - Common Stk. | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Berkshire Hathaway CL B - Common Stk. | | None | M | T | | | | | |
| 206. Berkshsire Hathaway CL B - Common Stk. | | None | N | T | | | | | |
| 207. Amex Technlgy Selct Spdr. XLK | A | Dividend | | | Sold | 05/30/12 | J | | |
| 208. IShares Trust S&P Midcap 400 Index | A | Dividend | | | Sold | 05/30/12 | K | D | |
| 209. IShares S&P Smallcap 600 Index | A | Dividend | | | Sold | 05/30/12 | J | C | |
| 210. IShares S&P 500 Index | A | Dividend | | | Sold | 05/30/12 | J | B | |
| 211. Berkshire Hathaway CL B Common Stk. | | None | N | T | | | | | |
| 212. Amex Technlgy Selct Spdr. XLK | A | Dividend | | | Sold | 05/30/12 | J | | |
| 213. IShares Trust S&P Midcap 400 Index | A | Dividend | | | Sold | 05/30/12 | K | D | |
| 214. IShares S&P Smallcap 600 Index | A | Dividend | | | Sold | 05/30/12 | J | C | |
| 215. IShares S&P 500 Index | A | Dividend | | | Sold | 05/30/12 | J | B | |
| 216. Merrill Lynch Bank USA | | None | J | T | | | | | |
| 217. Merrill Lynch Bank USA | | None | J | T | | | | | |
| 218. Merrill Lynch Bank USA | A | Int./Div. | K | T | | | | | |
| 219. BIF Money Fund | A | Int./Div. | J | T | | | | | |
| 220. Merrill Lynch Bank USA | A | Int./Div. | K | T | | | | | |
| 221. BIF Money Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 223.  Berkshire Hathaway CL B | | None | M | T | | | | | |
| 224.  Merrill Lynch Bank | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION 7: INVESTMENTS and TRUSTS

\* On May 25, 2012, El Paso Corporation, listed at lines 81-82 and lines 251-252 of my 2011 Financial Disclosure Report, was merged into Kinder Morgan, Inc.

\*\* On June 4, 2012, Corn Products International, Inc. changed its name to Ingredion, Inc.

\*\*\* On May 15, 2012, Liz Claiborne Inc. completed its corporate name change to Fifth & Pacific Companies Inc.

Part VII, page 1, lines 2, 3, 5, 6, and 8-11: The assets listed in these lines are mutual fund holdings in retirement accounts managed through my former law firm,                former law firm, or                current law firm, Akin, Gump, Strauss, Hauer & Feld LLP. We receive quarterly reports for these assets, which do not reflect buy or sell dates when investment options for the accounts are changed. Accordingly, the listed buy or sell dates are given as of the end of quarter during which the assets were shifted from prior investment options to new investment options.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret A. Nagle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544